# **VERIFICATION OF DEBTOR'S INCOME**

COMMONWEALTH OF PENNSYLVANIA    )
                                                                 )    SS
COUNTY OF WASHINGTON    )

      I, Daniel L. Fulop, being duly sworn to hereby state as follows:

      1.      I am the affiant.

      2.      I am the Debtor in a Chapter 13 Bankruptcy Case filed in the Western District of Pennsylvania, Case Number 19-24137-CMB.

      3.      I provided my counsel with the information that was used to prepare Schedule "I" of my bankruptcy petition.  I acknowledge that I scheduled the amount of $1,736.75  per month as my income from Social Security Benefits.

      4.      I have no stubs from Social Security as it is automatically deposited into my bank account monthly.

      I represent that the information contained in this Affidavit is true and correct to the best of my knowledge, information and belief.

      /s/ Daniel L. Fulop
      DANIEL L. FULOP