IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Daniel L. Fulop | : | Bankruptcy No. 19-24137-CMB |
| | : | |
| | : | |
| | : | Chapter 13 |
| | : | |
| Movant | : | |
| | : | Related to Document  No.1 |
| v. | : | |
| | : | |
| | : | |
| No Respondent | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, John C. Brzustowicz, counsel for the Debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules. The amended list of creditors and all creditors appears as *Exhibit A*.

      John C. Brzustowicz, Esq.
      Typed Name

      4160 Washington Road, Suite 208;
      McMurray, Pennsylvania 15317
      Attorney for Debtor(s)

      (724) 942- 3789;   PA I.D. No.:
      44628
      Phone No. and Pa. I.D. No. of
      Attorney for Debtor(s)

      E:Mail: bmmlaw@brzmar.com

**PAWB Local Form 30 (07/13)**

**Exhibit A**

Alleghen Health Network Hom Infusion
6900 College Blvd.
Suite 550
Overland Park, KS 66211

Allegheny Health System
PO Box 645266
Suite 500
Pittsburgh, Pennsylvania 15264

Allegheny Helth Network-Jefferson
c/o State Collection
2509 South Stroghton Rd.
Madison, Wisconsin 53176

Brownsville Ambulance  Service
PO Box 8
Indiana, PA 15701

Citibank
c/o Radius Global
PO Box 390905
Minneapolis, MN 55439

Lowes
PO Box 530914
Atlanta, Georgia 30353

Lowes
c/o Patende & Felix Law Firm
501 Corporate Drive Suite 205
Canonsburg, PA 15317

Medevac Ambulance
332 Wampum Avenue
Ellwood City, PA 16117

PNC Bank
2730 Liberty Avenue
Pittsburgh, Pennsylvania 15222

Sears
PO Box 9001055
Louisville, KY 40290

South Hills Orth
c/o Credit Collections USA
16 Distributer Drive, Suite 1
Morgantown, WV 26501

South Hills Orthopedics
20000 Oxford Road
Suite 211
Bethel Park, PA 15102

St Clair Hospital
c/o CBCS
PO Box 2724
Columbus, OH 43126

St Claire Hospital
c/o CBCS
PO Box 2724
Columbus, Ohio 43216

St. Clair Hospital
PO Box 540831
Pittsburgh, PA 15264

Washington Hospital
155 Wilson Avenue
Washington, Pennsylvania 15310

Washington Hospital
c/o CMC
2121 Noblestown Road
Pittsburgh, PA 15205