IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Daniel L. Fulop, | : | Bankruptcy No. 19-24137-CMB |
| Debtor. | : | |
| | : | Chapter 13 |
| | : | Related to Document No.1 |

:

## VERIFICATION OF DEBTOR'S INCOME

COMMONWEALTH OF PENNSYLVANIA         )
                                                                      )       SS
COUNTY OF WASHINGTON                            )

I, Daniel L. Fulop, being duly sworn to hereby state as follows:

1. I am the affiant.

2. I am the Debtor in a Chapter 13 Bankruptcy Case filed in the Western District of Pennsylvania, **Case Number 19-24137-CMB.**

3. I provided my counsel with the information that was used to prepare Schedule "I" of my bankruptcy petition. I acknowledge that I scheduled the amount of $1,736.75 per month as my income from Social Security Benefits.

4. I have no stubs from Social Security as it is automatically deposited into my bank account monthly.

I represent that the information contained in this Affidavit is true and correct to the best of my knowledge, information and belief.

/s/ Daniel L. Fulop
DANIEL L. FULOP