| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Daniel L Fulop** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–0500** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA | | Date case filed for chapter  13  10/23/19 |
| Case number:  **19–24137–CMB** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Daniel L Fulop | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 10 Maple Glen Road <br> Brownsville, PA 15413 | |
| 4. | **Debtor's attorney** <br> Name and address | John C. Brzustowicz <br> Brzustowicz & Marotta, PC <br> 4160 Washington Rd. <br> Suite 208 <br> McMurray, PA 15317 | Contact phone 724–942–3789 <br><br> Email:  bmmlaw@brzmar.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Ronda J. Winnecour <br> Suite 3250, USX Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Contact phone 412–471–5566 <br><br> Email:  cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court <br> 5414 U.S. Steel Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Hours open: <br> Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. <br><br> Contact phone 412–644–2700 <br><br> Date: 11/12/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 9, 2019 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/7/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/2/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/20/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**12/9/19** at **01:00 PM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 19-24137-CMB
Daniel L Fulop                                                      Chapter 13
        Debtor              CERTIFICATE OF NOTICE
District/off: 0315-2          User: mgut                 Page 1 of 2              Date Rcvd: Nov 12, 2019
                              Form ID: 309I              Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2019.
db             +Daniel L Fulop,    10 Maple Glen Road,   Brownsville, PA 15417-9005
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
15152911       +Alleghen Health Network Hom Infusion,     6900 College Blvd.,    Suite 550,
                 Overland Park, KS 66211-1596
15145275       +Allegheny Health Network Hom Infusion,     6900 College Blvd.,    Suite 550,
                 Overland Park, KS 66211-1596
15145276       +Allegheny Health System,    PO Box 645266,    Suite 500,    Pittsburgh, Pennsylvania 15264-5250
15145277       +Allegheny Helth Network-Jefferson,    c/o State Collection,     2509 South Stroghton Rd.,
                 Madison, Wisconsin 53716-3314
15145278       +Brownsville Ambulance  Service,    PO Box 8,    Indiana, PA 15701-0008
15145279       +Citibank,   c/o Radius Global,    PO Box 390905,    Minneapolis, MN 55439-0905
15145281       +Lowes,   c/o Patende & Felix Law Firm,    501 Corporate Drive Suite 205,
                 Canonsburg, PA 15317-8584
15145282       +Medevac Ambulance,    332 Wampum Avenue,    Ellwood City, PA 16117-1269
15145283       +PNC Bank,    2730 Liberty Avenue,   Pittsburgh, Pennsylvania 15222-4747
15145284       +Sears,    PO Box 9001055,   Louisville, KY 40290-1055
15145286        South Hills Orthopedics,    20000 Oxford Road,    Suite 211,    Bethel Park, PA 15102
15145287       +St Clair Hospital,    c/o CBCS,   PO Box 2724,    Columbus, OH 43216-2724
15145288       +St Claire Hospital,    c/o CBCS,   PO Box 2724,    Columbus, Ohio 43216-2724
15145289        St. Clair Hospital,    PO Box 540831,   Pittsburgh, PA 15264
15145290       +Washington Hospital,    155 Wilson Avenue,    Washington, Pennsylvania 15301-3398

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: bmmlaw@brzmar.com Nov 13 2019 04:14:25      John C. Brzustowicz,
                 Brzustowicz & Marotta, PC,   4160 Washington Rd.,    Suite 208,    McMurray, PA  15317
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 13 2019 04:16:23      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Nov 13 2019 04:16:27
                 Office of the United States Trustee,     Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr              +EDI: PRA.COM Nov 13 2019 08:33:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15145280        +EDI: RMSC.COM Nov 13 2019 08:33:00      Lowes,    PO Box 530914,   Atlanta, Georgia 30353-0914
15145285        +EDI: CCUSA.COM Nov 13 2019 08:33:00      South Hills Orth,    c/o Credit Collections USA,
                 16 Distributer Drive, Suite 1,    Morgantown, WV 26501-7209
15145694        +EDI: RMSC.COM Nov 13 2019 08:33:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15145291        +E-mail/Text: bdsupport@creditmanagementcompany.com Nov 13 2019 04:16:52       Washington Hospital,
                 c/o CMC,   2121 Noblestown Road,    Pittsburgh, PA 15205-3956
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL    ASSOCIATION
15152912*      +Allegheny Health System,    PO Box 645266,    Suite 500,    Pittsburgh, Pennsylvania 15264-5250
15152913*      +Allegheny Helth Network-Jefferson,    c/o State Collection,     2509 South Stroghton Rd.,
                 Madison, Wisconsin 53716-3314
15152914*      +Brownsville Ambulance  Service,    PO Box 8,    Indiana, PA 15701-0008
15152915*      +Citibank,   c/o Radius Global,    PO Box 390905,    Minneapolis, MN 55439-0905
15152916*      +Lowes,    PO Box 530914,   Atlanta, Georgia 30353-0914
15152917*      +Lowes,   c/o Patende & Felix Law Firm,    501 Corporate Drive Suite 205,
                 Canonsburg, PA 15317-8584
15152918*      +Medevac Ambulance,    332 Wampum Avenue,    Ellwood City, PA 16117-1269
15152919*      +PNC Bank,    2730 Liberty Avenue,   Pittsburgh, Pennsylvania 15222-4747
15152920*      +Sears,    PO Box 9001055,   Louisville, KY 40290-1055
15152921*      +South Hills Orth,    c/o Credit Collections USA,    16 Distributer Drive, Suite 1,
                 Morgantown, WV 26501-7209
15152922*       South Hills Orthopedics,    20000 Oxford Road,    Suite 211,    Bethel Park, PA 15102
15152923*      +St Clair Hospital,    c/o CBCS,   PO Box 2724,    Columbus, OH 43216-2724
15152924*      +St Claire Hospital,    c/o CBCS,   PO Box 2724,    Columbus, Ohio 43216-2724
15152925*       St. Clair Hospital,    PO Box 540831,   Pittsburgh, PA 15264
15152927*      +Washington Hospital,    c/o CMC,   2121 Noblestown Road,    Pittsburgh, PA 15205-3956
15152926*      +Washington Hospital,    155 Wilson Avenue,    Washington, Pennsylvania 15301-3398
                                                                                         TOTALS: 1, * 16, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2            User: mgut              Page 2 of 2             Date Rcvd: Nov 12, 2019
                                Form ID: 309I           Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              John C. Brzustowicz   on behalf of Debtor Daniel L Fulop bmmlaw@brzmar.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 4
```