**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−24137−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Daniel L Fulop
   10 Maple Glen Road
   Brownsville, PA 15413

Social Security No.:
   xxx−xx−0500

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| John C. Brzustowicz<br>Brzustowicz & Marotta, PC<br>4160 Washington Rd.<br>Suite 208<br>McMurray, PA 15317<br>Telephone number: 724−942−3789 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>January 13, 2020<br>01:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>January 13, 2020<br>01:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 12/11/19                                       BY THE COURT

                                                      Carlota M. Bohm
                                                      Judge

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                               Case No. 19-24137-CMB
Daniel L Fulop                                                       Chapter 13
        Debtor                  CERTIFICATE OF NOTICE
District/off: 0315-2           User: mgut                Page 1 of 2             Date Rcvd: Dec 11, 2019
                               Form ID: rsc13            Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2019.
db             +Daniel L Fulop,    10 Maple Glen Road,    Brownsville, PA 15417-9005
15152911       +Alleghen Health Network Hom Infusion,    6900 College Blvd.,    Suite 550,
                 Overland Park, KS 66211-1596
15145275       +Allegheny Health Network Hom Infusion,    6900 College Blvd.,    Suite 550,
                 Overland Park, KS 66211-1596
15145276       +Allegheny Health System,    PO Box 645266,    Suite 500,    Pittsburgh, Pennsylvania 15264-5250
15145277       +Allegheny Helth Network-Jefferson,    c/o State Collection,    2509 South Stroghton Rd.,
                 Madison, Wisconsin 53716-3314
15145278       +Brownsville Ambulance Service,    PO Box 8,    Indiana, PA 15701-0008
15145279       +Citibank,    c/o Radius Global,    PO Box 390905,    Minneapolis, MN 55439-0905
15145281       +Lowes,    c/o Patende & Felix Law Firm,    501 Corporate Drive Suite 205,
                 Canonsburg, PA 15317-8584
15145282       +Medevac Ambulance,    332 Wampum Avenue,    Ellwood City, PA 16117-1269
15145283       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, Pennsylvania 15222-4747
15145284       +Sears,    PO Box 9001055,    Louisville, KY 40290-1055
15145286        South Hills Orthopedics,    20000 Oxford Road,    Suite 211,    Bethel Park, PA 15102
15145287       +St Clair Hospital,    c/o CBCS,    PO Box 2724,    Columbus, OH 43216-2724
15145288       +St Claire Hospital,    c/o CBCS,    PO Box 2724,    Columbus, Ohio 43216-2724
15145289        St. Clair Hospital,    PO Box 540831,    Pittsburgh, PA 15264
15145290       +Washington Hospital,    155 Wilson Avenue,    Washington, Pennsylvania 15301-3398

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 12 2019 03:20:09      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 12 2019 03:12:50
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15145280       +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2019 03:11:38      Lowes,    PO Box 530914,
                 Atlanta, Georgia 30353-0914
15169818        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 12 2019 03:25:44
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15145285       +E-mail/Text: ccusa@ccuhome.com Dec 12 2019 03:19:29      South Hills Orth,
                 c/o Credit Collections USA,    16 Distributer Drive, Suite 1,    Morgantown, WV 26501-7209
15145694       +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2019 03:12:36      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15145291       +E-mail/Text: bdsupport@creditmanagementcompany.com Dec 12 2019 03:21:08      Washington Hospital,
                 c/o CMC,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
                                                                                               TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL   ASSOCIATION
15152912*      +Allegheny Health System,    PO Box 645266,    Suite 500,    Pittsburgh, Pennsylvania 15264-5250
15152913*      +Allegheny Helth Network-Jefferson,    c/o State Collection,    2509 South Stroghton Rd.,
                 Madison, Wisconsin 53716-3314
15152914*      +Brownsville Ambulance Service,    PO Box 8,    Indiana, PA 15701-0008
15152915*      +Citibank,    c/o Radius Global,    PO Box 390905,    Minneapolis, MN 55439-0905
15152916*      +Lowes,    PO Box 530914,    Atlanta, Georgia 30353-0914
15152917*      +Lowes,    c/o Patende & Felix Law Firm,    501 Corporate Drive Suite 205,
                 Canonsburg, PA 15317-8584
15152918*      +Medevac Ambulance,    332 Wampum Avenue,    Ellwood City, PA 16117-1269
15152919*      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, Pennsylvania 15222-4747
15152920*      +Sears,    PO Box 9001055,    Louisville, KY 40290-1055
15152921*      +South Hills Orth,    c/o Credit Collections USA,    16 Distributer Drive, Suite 1,
                 Morgantown, WV 26501-7209
15152922*       South Hills Orthopedics,    20000 Oxford Road,    Suite 211,    Bethel Park, PA 15102
15152923*      +St Clair Hospital,    c/o CBCS,    PO Box 2724,    Columbus, OH 43216-2724
15152924*      +St Claire Hospital,    c/o CBCS,    PO Box 2724,    Columbus, Ohio 43216-2724
15152925*       St. Clair Hospital,    PO Box 540831,    Pittsburgh, PA 15264
15152927*      +Washington Hospital,    c/o CMC,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
15152926*      +Washington Hospital,    155 Wilson Avenue,    Washington, Pennsylvania 15301-3398
                                                                                     TOTALS: 1, * 16, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: mgut              Page 2 of 2              Date Rcvd: Dec 11, 2019
                              Form ID: rsc13          Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              John C. Brzustowicz    on behalf of Debtor Daniel L Fulop bmmlaw@brzmar.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```