Certificate Number: 03088-PAW-DE-033911123

Bankruptcy Case Number: 19-24137



03088-PAW-DE-033911123

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 6, 2020</u>, at <u>1:17</u> o'clock <u>PM CST</u>, <u>Daniel L Fulop</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>January 6, 2020</u>          By:    <u>/s/Susan D. Gann</u>

Name:  <u>Susan D. Gann</u>

Title:   <u>Counselor</u>