**\*FILING FEE PAID\*** (Yes)    No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Fulop**                                         JAD/TPA/(CMB)/GLT

Case Number: **19-24137**

Date of Meeting: **1 / 13 / 20**                    Recording # **10**
Debtor(s) present ✓ or Not Present ___ ( ✓ No Payments Made or ___ partial payments)
Attorney for debtor(s): **Brzustowicz** (Present ✓ or Not Present ___ )
Date of Plan at § 341: **11-6-19**      Applicable commitment period ✓ 3 yrs ___ 5 yrs

returns not required.

Ford Escape.

no payment : cont. to pre bar conc. for payment

___✓ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD                    _____ Order to Show Cause Requested
                                           _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due:_____; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case.  Motion to be filed by the Debtor within 10 days
___✓ Continued to:
_____ 341 Meeting    OR ___✓___ Conciliation Conf. OR ___ *Contested Hearing
On __3-26-20_____ at __1:00__ am/pm Location _____

for payment

*Kate McEsman*
Chapter 13 Trustee/Attorney for Trustee