Form RSC2 (Reschedule Conciliation/COD)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Daniel L Fulop**
   Debtor(s)

Bankruptcy Case No.: 19–24137–CMB
Chapter: 13

## ORDER

    The conciliation or certificate of default to dismiss case hearing currently scheduled for **March 26, 2020**, is postponed until further notice. Once a new date and time are chosen for the rescheduled hearing, a Notice will be issued. Please contact the Chapter 13 Trustee, Ronda J. Winnecour at Meetings@chapter13trusteewdpa.com with questions or concerns.

Dated: March 20, 2020

cm: Debtor(s) and/or Debtor(s)' counsel

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-24137-CMB
Daniel L Fulop                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: llea               Page 1 of 2           Date Rcvd: Mar 20, 2020
                              Form ID: RSCcon          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2020.
```
db            +Daniel L Fulop,   10 Maple Glen Road,   Brownsville, PA 15417-9005
15152911      +Alleghen Health Network Hom Infusion,   6900 College Blvd.,   Suite 550,
               Overland Park, KS 66211-1596
15145275      +Allegheny Health Network Hom Infusion,   6900 College Blvd.,   Suite 550,
               Overland Park, KS 66211-1596
15145276      +Allegheny Health System,   PO Box 645266,   Suite 500,   Pittsburgh, Pennsylvania 15264-5250
15145277      +Allegheny Helth Network-Jefferson,   c/o State Collection,   2509 South Stroghton Rd.,
               Madison, Wisconsin 53716-3314
15145278      +Brownsville Ambulance Service,   PO Box 8,   Indiana, PA 15701-0008
15145279      +Citibank,   c/o Radius Global,   PO Box 390905,   Minneapolis, MN 55439-0905
15145281      +Lowes,   c/o Patende & Felix Law Firm,   501 Corporate Drive Suite 205,
               Canonsburg, PA 15317-8584
15145282      +Medevac Ambulance,   332 Wampum Avenue,   Ellwood City, PA 16117-1269
15145283      +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, Pennsylvania 15222-4747
15178361      +PNC Bank, N.A.,   P.O. Box 94982,   Cleveland, OH 44101-4982
15171457      +PNC Bank, National Association,   PO Box 94982,   Cleveland OH 44101-4982
15145284      +Sears,   PO Box 9001055,   Louisville, KY 40290-1055
15145286       South Hills Orthopedics,   20000 Oxford Road,   Suite 211,   Bethel Park, PA 15102
15145287      +St Clair Hospital,   c/o CBCS,   PO Box 2724,   Columbus, OH 43216-2724
15145288      +St Claire Hospital,   c/o CBCS,   PO Box 2724,   Columbus, Ohio 43216-2724
15145289       St. Clair Hospital,   PO Box 540831,   Pittsburgh, PA 15264
15145290      +Washington Hospital,   155 Wilson Avenue,   Washington, Pennsylvania 15301-3398
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2020 04:19:49
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15145280      +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2020 04:17:55     Lowes,   PO Box 530914,
               Atlanta, Georgia 30353-0914
15169818       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2020 04:17:27
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
15145285      +E-mail/Text: ccusa@ccuhome.com Mar 21 2020 04:22:49     South Hills Orth,
               c/o Credit Collections USA,   16 Distributer Drive, Suite 1,   Morgantown, WV 26501-7209
15145694      +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2020 04:17:55     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15176043      +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2020 04:17:55     Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
15145291      +E-mail/Text: bdsupport@creditmanagementcompany.com Mar 21 2020 04:25:34     Washington Hospital,
               c/o CMC,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
                                                                                            TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PNC BANK NATIONAL  ASSOCIATION
15152912*     +Allegheny Health System,   PO Box 645266,   Suite 500,   Pittsburgh, Pennsylvania 15264-5250
15152913*     +Allegheny Helth Network-Jefferson,   c/o State Collection,   2509 South Stroghton Rd.,
               Madison, Wisconsin 53716-3314
15152914*     +Brownsville Ambulance Service,   PO Box 8,   Indiana, PA 15701-0008
15152915*     +Citibank,   c/o Radius Global,   PO Box 390905,   Minneapolis, MN 55439-0905
15152916*     +Lowes,   PO Box 530914,   Atlanta, Georgia 30353-0914
15152917*     +Lowes,   c/o Patende & Felix Law Firm,   501 Corporate Drive Suite 205,
               Canonsburg, PA 15317-8584
15152918*     +Medevac Ambulance,   332 Wampum Avenue,   Ellwood City, PA 16117-1269
15152919*     +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, Pennsylvania 15222-4747
15152920*     +Sears,   PO Box 9001055,   Louisville, KY 40290-1055
15152921*     +South Hills Orth,   c/o Credit Collections USA,   16 Distributer Drive, Suite 1,
               Morgantown, WV 26501-7209
15152922*      South Hills Orthopedics,   20000 Oxford Road,   Suite 211,   Bethel Park, PA 15102
15152923*     +St Clair Hospital,   c/o CBCS,   PO Box 2724,   Columbus, OH 43216-2724
15152924*     +St Claire Hospital,   c/o CBCS,   PO Box 2724,   Columbus, Ohio 43216-2724
15152925*      St. Clair Hospital,   PO Box 540831,   Pittsburgh, PA 15264
15152927*     +Washington Hospital,   c/o CMC,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
15152926*     +Washington Hospital,   155 Wilson Avenue,   Washington, Pennsylvania 15301-3398
                                                                                TOTALS: 1, * 16, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: llea                  Page 2 of 2                  Date Rcvd: Mar 20, 2020
                              Form ID: RSCcon             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              John C. Brzustowicz    on behalf of Debtor Daniel L Fulop bmmlaw@brzmar.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4