# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

FILED
9/14/20 7:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## *Conciliation Conference:*

**Debtor:** DANIEL L FULOP
**Case Number:** 19-24137-CMB  **Chapter:** 13
**Date / Time / Room:** THURSDAY, SEPTEMBER 10, 2020 02:00 PM  3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

## *Matter:*

#15 - Continued Confirmation of Plan Dated 11/6/19 (NFC)
R / M #: 15 / 0

## *Appearances:*  Brzutowicz

Debtor:
Trustee: Winnecour / Pail / Katz / DeSimone (circled)
Creditor:

## *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 10-8-20 at 1:30.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Continue because no one appeared at 9/10 concil (tech issues?)

9/2/2020    4:59:20PM