# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** DANIEL L FULOP
**Case Number:** 19-24137-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, OCTOBER 08, 2020 01:30 PM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
10/9/20 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#15 Chapter 13 Plan Dated 11/06/2019 (NFC)
R / M #: 15 / 0

### Appearances:

Debtor: Brzustowicz
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor:

*Con't for Debtor to review PNC claim*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **11/19/20** at **2:30 pm**.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

10/2/2020  10:17:48 AM