Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Daniel L Fulop**
   Debtor(s)

Bankruptcy Case No.: 19−24137−CMB

Chapter: 13
Docket No.: 50 − 47
Concil. Conf.: December 16, 2021 at 01:00 PM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **December 2, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **December 9, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **December 16, 2021** at **01:00 PM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: October 18, 2021

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee  
P.O. Box 84051  
Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Daniel L Fulop  
    Debtor

Case No. 19-24137-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 3  
Date Rcvd: Oct 18, 2021      Form ID: 410      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel L Fulop, 10 Maple Glen Road, Brownsville, PA 15417-9005 |
| 15152911 | + | Alleghen Health Network Hom Infusion, 6900 College Blvd., Suite 550, Overland Park, KS 66211-1596 |
| 15145275 | + | Allegheny Health Network Hom Infusion, 6900 College Blvd., Suite 550, Overland Park, KS 66211-1596 |
| 15145276 | + | Allegheny Health System, PO Box 645266, Suite 500, Pittsburgh, Pennsylvania 15264-5250 |
| 15145278 | + | Brownsville Ambulance Service, PO Box 8, Indiana, PA 15701-0008 |
| 15145279 | + | Citibank, c/o Radius Global, PO Box 390905, Minneapolis, MN 55439-0905 |
| 15145281 | + | Lowes, c/o Patende & Felix Law Firm, 501 Corporate Drive Suite 205, Canonsburg, PA 15317-8584 |
| 15145282 | + | Medevac Ambulance, 332 Wampum Avenue, Ellwood City, PA 16117-1269 |
| 15145286 | | South Hills Orthopedics, 20000 Oxford Road, Suite 211, Bethel Park, PA 15102 |
| 15145287 | + | St Clair Hospital, c/o CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15145288 | + | St Claire Hospital, c/o CBCS, PO Box 2724, Columbus, Ohio 43216-2724 |
| 15145289 | | St. Clair Hospital, PO Box 540831, Pittsburgh, PA 15264 |
| 15145290 | + | Washington Hospital, 155 Wilson Avenue, Washington, Pennsylvania 15301-3398 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 18 2021 23:28:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15145277 | + | Email/Text: amieg@stcol.com | Oct 18 2021 23:17:00 | Allegheny Helth Network-Jefferson, c/o State Collection, 2509 South Stroghton Rd., Madison, Wisconsin 53716-3314 |
| 15145280 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 18 2021 23:28:29 | Lowes, PO Box 530914, Atlanta, Georgia 30353-0914 |
| 15145283 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 18 2021 23:17:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, Pennsylvania 15222 |
| 15178361 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 18 2021 23:17:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15171457 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 18 2021 23:17:00 | PNC Bank, National Association, PO Box 94982, Cleveland OH 44101 |
| 15169818 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2021 23:28:20 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15145284 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2021 23:28:31 | Sears, PO Box 9001055, Louisville, KY 40290-1055 |
| 15145285 | + | Email/Text: ccusa@ccuhome.com | Oct 18 2021 23:17:00 | South Hills Orth, c/o Credit Collections USA, 16 Distributer Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15176043 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 18 2021 23:28:29 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

| 15145694 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 18 2021 23:28:24 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15145291 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 18 2021 23:17:00 | Washington Hospital, c/o CMC, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | PNC BANK NATIONAL ASSOCIATION |
| 15152912 | *+ | Allegheny Health System, PO Box 645266, Suite 500, Pittsburgh, Pennsylvania 15264-5250 |
| 15152913 | *+ | Allegheny Helth Network-Jefferson, c/o State Collection, 2509 South Stroghton Rd., Madison, Wisconsin 53716-3314 |
| 15152914 | *+ | Brownsville Ambulance Service, PO Box 8, Indiana, PA 15701-0008 |
| 15152915 | *+ | Citibank, c/o Radius Global, PO Box 390905, Minneapolis, MN 55439-0905 |
| 15152916 | *+ | Lowes, PO Box 530914, Atlanta, Georgia 30353-0914 |
| 15152917 | *+ | Lowes, c/o Patende & Felix Law Firm, 501 Corporate Drive Suite 205, Canonsburg, PA 15317-8584 |
| 15152918 | *+ | Medevac Ambulance, 332 Wampum Avenue, Ellwood City, PA 16117-1269 |
| 15152919 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, Pennsylvania 15222 |
| 15152920 | *+ | Sears, PO Box 9001055, Louisville, KY 40290-1055 |
| 15152921 | *+ | South Hills Orth, c/o Credit Collections USA, 16 Distributer Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15152922 | * | South Hills Orthopedics, 20000 Oxford Road, Suite 211, Bethel Park, PA 15102 |
| 15152923 | *+ | St Clair Hospital, c/o CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15152924 | *+ | St Claire Hospital, c/o CBCS, PO Box 2724, Columbus, Ohio 43216-2724 |
| 15152925 | * | St. Clair Hospital, PO Box 540831, Pittsburgh, PA 15264 |
| 15152926 | *+ | Washington Hospital, 155 Wilson Avenue, Washington, Pennsylvania 15301-3398 |
| 15152927 | *+ | Washington Hospital, c/o CMC, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |

TOTAL: 1 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 20, 2021                             Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| John C. Brzustowicz | on behalf of Debtor Daniel L Fulop bmmlaw@brzmar.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2　　　　　　　　　　　　　　　User: gamr　　　　　　　　　　　　　　　　　　　　Page 3 of 3
Date Rcvd: Oct 18, 2021　　　　　　　　　　　　　Form ID: 410　　　　　　　　　　　　　　　　　Total Noticed: 25

Ronda J. Winnecour
　　　　　　　　　　　cmecf@chapter13trusteewdpa.com

TOTAL: 4