Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**Daniel L Fulop**                                            :    Case No. 19−24137−CMB
*Debtor(s)*                                                   :    Chapter: 13
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

       *AND NOW,* this ***The 7th of December, 2021,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

       (1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

       (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

       (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

       (4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-24137-CMB
Daniel L Fulop     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 3
Date Rcvd: Dec 07, 2021     Form ID: 309     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel L Fulop, 10 Maple Glen Road, Brownsville, PA 15417-9005 |
| 15152911 | + | Alleghen Health Network Hom Infusion, 6900 College Blvd., Suite 550, Overland Park, KS 66211-1596 |
| 15145275 | + | Allegheny Health Network Hom Infusion, 6900 College Blvd., Suite 550, Overland Park, KS 66211-1596 |
| 15145276 | + | Allegheny Health System, PO Box 645266, Suite 500, Pittsburgh, Pennsylvania 15264-5250 |
| 15145278 | + | Brownsville Ambulance Service, PO Box 8, Indiana, PA 15701-0008 |
| 15145279 | + | Citibank, c/o Radius Global, PO Box 390905, Minneapolis, MN 55439-0905 |
| 15145281 | + | Lowes, c/o Patende & Felix Law Firm, 501 Corporate Drive Suite 205, Canonsburg, PA 15317-8584 |
| 15145282 | + | Medevac Ambulance, 332 Wampum Avenue, Ellwood City, PA 16117-1269 |
| 15145286 | | South Hills Orthopedics, 20000 Oxford Road, Suite 211, Bethel Park, PA 15102 |
| 15145287 | + | St Clair Hospital, c/o CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15145288 | + | St Claire Hospital, c/o CBCS, PO Box 2724, Columbus, Ohio 43216-2724 |
| 15145289 | | St. Clair Hospital, PO Box 540831, Pittsburgh, PA 15264 |
| 15145290 | + | Washington Hospital, 155 Wilson Avenue, Washington, Pennsylvania 15301-3398 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Dec 08 2021 04:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15145277 | + | Email/Text: amieg@stcol.com | Dec 07 2021 23:25:00 | Allegheny Helth Network-Jefferson, c/o State Collection, 2509 South Stroghton Rd., Madison, Wisconsin 53716-3314 |
| 15145280 | + | EDI: RMSC.COM | Dec 08 2021 04:54:00 | Lowes, PO Box 530914, Atlanta, Georgia 30353-0914 |
| 15145283 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 07 2021 23:25:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, Pennsylvania 15222 |
| 15178361 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 07 2021 23:25:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15171457 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 07 2021 23:25:00 | PNC Bank, National Association, PO Box 94982, Cleveland OH 44101 |
| 15169818 | | EDI: PRA.COM | Dec 08 2021 04:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15145284 | + | EDI: CITICORP.COM | Dec 08 2021 04:54:00 | Sears, PO Box 9001055, Louisville, KY 40290-1055 |
| 15145285 | + | EDI: CCUSA.COM | Dec 08 2021 04:53:00 | South Hills Orth, c/o Credit Collections USA, 16 Distributer Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15176043 | + | EDI: RMSC.COM | Dec 08 2021 04:54:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

| District/off: 0315-2 | User: gamr | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 07, 2021 | Form ID: 309 | Total Noticed: 25 |

| 15145694 | + EDI: RMSC.COM | Dec 08 2021 04:54:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15145291 | + Email/Text: bdsupport@creditmanagementcompany.com | Dec 07 2021 23:25:00 | Washington Hospital, c/o CMC, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| 15152912 | *+ | Allegheny Health System, PO Box 645266, Suite 500, Pittsburgh, Pennsylvania 15264-5250 |
| 15152913 | *+ | Allegheny Helth Network-Jefferson, c/o State Collection, 2509 South Stroghton Rd., Madison, Wisconsin 53716-3314 |
| 15152914 | *+ | Brownsville Ambulance Service, PO Box 8, Indiana, PA 15701-0008 |
| 15152915 | *+ | Citibank, c/o Radius Global, PO Box 390905, Minneapolis, MN 55439-0905 |
| 15152916 | *+ | Lowes, PO Box 530914, Atlanta, Georgia 30353-0914 |
| 15152917 | *+ | Lowes, c/o Patende & Felix Law Firm, 501 Corporate Drive Suite 205, Canonsburg, PA 15317-8584 |
| 15152918 | *+ | Medevac Ambulance, 332 Wampum Avenue, Ellwood City, PA 16117-1269 |
| 15152919 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, Pennsylvania 15222 |
| 15152920 | *+ | Sears, PO Box 9001055, Louisville, KY 40290-1055 |
| 15152921 | *+ | South Hills Orth, c/o Credit Collections USA, 16 Distributer Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15152922 | * | South Hills Orthopedics, 20000 Oxford Road, Suite 211, Bethel Park, PA 15102 |
| 15152923 | *+ | St Clair Hospital, c/o CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15152924 | *+ | St Claire Hospital, c/o CBCS, PO Box 2724, Columbus, Ohio 43216-2724 |
| 15152925 | * | St. Clair Hospital, PO Box 540831, Pittsburgh, PA 15264 |
| 15152926 | *+ | Washington Hospital, 155 Wilson Avenue, Washington, Pennsylvania 15301-3398 |
| 15152927 | *+ | Washington Hospital, c/o CMC, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |

TOTAL: 1 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 09, 2021            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| John C. Brzustowicz | on behalf of Debtor Daniel L Fulop bmmlaw@brzmar.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 User: gamr Page 3 of 3
Date Rcvd: Dec 07, 2021 Form ID: 309 Total Noticed: 25

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

TOTAL: 4