**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DANIEL L FULOP

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.: 19-24137

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/23/2019 and confirmed on 06/22/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 6,325.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 6,325.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,095.65 | |
|    Trustee Fee | 335.55 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,431.20 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 9,955.98 | 2,484.40 | 1,409.40 | 3,893.80 |
|     Acct: 5483 | | | | |
| | | | | 3,893.80 |
| **Priority** | | | | |
|   JOHN C BRZUSTOWICZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL L FULOP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRZUSTOWICZ AND MAROTTA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN C BRZUSTOWICZ ESQ | 2,775.00 | 2,095.65 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | \*\*\*NONE\*\*\* | | |
| **Unsecured** | | | | |
|   ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8818 | | | | |
|   ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    Acct: 5230 | | | | |
|   ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 9753 | | | | |
|   BROWNSVILLE AMBULANCE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 2471 | | | | |
|   CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 5834 | | | | |
|   LOWES++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 1625 | | | | |
|   SYNCHRONY BANK | 1,443.09 | 0.00 | 0.00 | 0.00 |
|    Acct: 1625 | | | | |
|   MEDEVAC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 2581 | | | | |
|   PNC BANK NA | 1,620.93 | 0.00 | 0.00 | 0.00 |
|    Acct: 0905 | | | | |
|   PNC BANK NA | 6,776.28 | 0.00 | 0.00 | 0.00 |
|    Acct: 0013 | | | | |
|   PNC BANK NA | 8,674.62 | 0.00 | 0.00 | 0.00 |
|    Acct: 0714 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 7004 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LLC | 3,955.66 | 0.00 | 0.00 | 0.00 |
|    Acct: 5834 | | | | |
|   SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 1118 | | | | |
|   SOUTH HILLS ORTHO SURGERY ASSOCIA | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0908 | | | | |
|   SOUTH HILLS ORTHO SURGERY ASSOCIA | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 6848 | | | | |
|   CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 7313 | | | | |
|   CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 1389 | | | | |
|   ST CLAIR HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 7724 | | | | |
|   WASHINGTON HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: KOWN | | | | |
|   WASHINGTON HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0661 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 1625 | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS                                                                                           3,893.80

```
TOTAL CLAIMED
  PRIORITY                    0.00
  SECURED                 9,955.98
  UNSECURED              22.470.58
```

Date: 02/04/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com